**Order entered October 16, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00837-CV

### D & S CONTAINER, INC. D/B/A BUDGET BOX, Appellant

### V.

### PRISCILLA RUIZ, INDIVIDUALLY AS SURVIVING SPOUSE, AND AS PARENT AND NEXT FRIEND OF JAMES ESTRELLA, JR., Appellee

**On Appeal from the 101st Judicial District Court
Dallas County, Texas
Trial Court Cause No. DC-16-13854**

## ORDER

Before the Court is appellant's October 15, 2018 unopposed motion to abate appeal pursuant to Texas Rule of Appellate Procedure 42.1(a)(2)(C). Appellant explains the parties have settled all issues, but the settlement must be finalized and approved by the trial court.

We **GRANT** the motion and **ORDER** appellant to file, no later than December 17, 2018, either a motion to reinstate and dismiss the appeal or status report. We **ABATE** the appeal to allow the trial court to conduct the necessary proceedings to effectuate the parties' agreement, including entry of an amended judgment. *Se* TEX. R. APP. P. 42.1(a)(2)(C).

/s/     DAVID EVANS
          JUSTICE